1
2
3
4
5
6
7
8                              NOT FOR CITATION
9                   IN THE UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12  ANASTACIO GONZALES,           )   No. C 10-01299 EJD (PR)
                                  )
13           Petitioner,           )   JUDGMENT
                                  )
14      vs.                        )
                                  )
15                                )
    KELLY HARRINGTON, Warden,     )
16                                )
             Respondent.           )
17                                )
                                  )
18  _____)

19      For the reasons stated on the order granting Respondent's motion to dismiss, this
20  action is DISMISSED for failure to exhaust state judicial remedies. Judgment is entered
21  accordingly.
22      The Clerk shall close the file.
23
24  DATED: June 17, 2011                    _____
                                             EDWARD J. DAVILA
25                                           United States District Judge
26
27
28

Judgment
P:\PRO-SE\SJ.EJD\HC.10\Gonzales01299_judgment.wpd           1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANASTACIO GONZALES,

        Petitioner,

  v.

KELLY HARRINGTON, Warden,

        Respondent.
                                          /

Case Number: CV10-01299 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   6/20/2011  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anastacio Gonzales F-34323
Pleasant Valley State Prison
P. O. Box 8500
Coalinga, CA 93210

Dated:   6/20/2011

                                    Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk